```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>      Plaintiff,<br><br>   vs.<br><br>Jacuzzi Enterprises, Inc., et al,<br><br>      Defendants | Case No. **2:10-cv-02722-JAM-KJN**<br><br>**ORDER RE: STIPULATED DISMISSAL** |

   IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date: 11/8/2011

                    /s/ John A. Mendez_____
                    U. S. District Court Judge

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-10-cv-02722-JAM-KJN- 1

PDF created with pdfFactory trial version www.pdffactory.com